**Robbins Geller Rudman & Dowd LLP**

**quinn emanuel trial lawyers | new york**

August 19, 2016

VIA ECF

The Honorable Edgardo Ramos
United States District Court for the
  Southern District of New York
40 Foley Square, Courtroom 619
New York, New York 10007

    Re:    *Sheet Metal Workers Pension Plan of Northern California
             v. Bank of America Corporation*, No. 16-cv-04603 (ER)

Dear Judge Ramos:

    We write in response to the Court's July 19, 2016 Order directing the parties in this action to submit a status letter in this case.[1] We have provided this letter to defendants' counsel, who concur in its filing.

    We are enclosing a copy of a Stipulation, dated August 19, 2016, which is being filed today in this action as well as the other Related Actions by email to the Court's Orders and Appeals Clerk. By way of summary, the Stipulation:

    1.    Provides for a waiver of service of process by signatory defendants, with an express reservation by those defendants of their right to contest whether any party in the Related Actions is properly named, and without waiver of any defenses, including those related to personal jurisdiction and venue (¶1);

    2.    Stays the defendants' time to move or answer (¶2);

---

[1] There are several other actions containing substantially similar allegations. These actions are: *Asbestos Workers Philadelphia Welfare and Pension Fund v. Bank of America, N.A.*, No. 16-cv-5269, *Atlanta Firefighters Pension Fund v. Bank of America, N.A.*, No. 16-cv-4151, *Boston Retirement System v. Bank of America, N.A.*, No. 16-cv-3711, *Bristol Pension Fund v. Bank of America Corporation*, No. 16-cv-5203, *Louisiana Sheriff's Pension & Benefit Fund v. Bank of America, N.A.* No. 16-cv-4485, *Inter-Local Pension Fund Graphic Communications Conference of the International Brotherhood of Teamsters v. Bank of America Corporation*, No. 16-cv-5011, *Painters and Allied Trades District Council No. 35 Pension Fund v. Bank of America N.A.*, No. 16-cv-5755, and *Oklahoma Police Pension and Retirement System v. Bank of America Corporation*, No. 16-cv-6133 (together with this action, the "Related Actions"). Plaintiffs' counsel in those actions are also signatories to this letter.

**Robbins Geller Rudman & Dowd LLP**

**quinn emanuel trial lawyers | new york**

The Honorable Edgardo Ramos
August 19, 2016
Page 2

      3.    Requests the consolidation of the Related Actions, and any related cases subsequently filed in the Southern District of New York, under No. 16-cv-03711 (¶3); and

      4.    Provides a proposed schedule for the case going forward (¶4).

More specifically, regarding the proposed case schedule, ¶4(a) of the Stipulation calls for plaintiffs to file motions for appointment of interim lead counsel within 60 days of the Court So Ordering the Stipulation. Once the Court appoints interim lead counsel, the parties will have 21 days to meet and confer for the purpose of:

      1.    Setting a proposed date for plaintiffs to file a consolidated amended complaint (¶4(b)(i));

      2.    Establishing a proposed briefing schedule for defendants' motions to dismiss (¶4(b)(ii));

      3.    Requesting the Court to schedule a status conference ((¶4(b)(iii)); and

      4.    Providing a proposed conference agenda (¶4(b)(iv)).

Finally, the Stipulation provides that if a related case is filed in another judicial district – thus likely giving rise to proceedings before the Judicial Panel on Multidistrict Litigation – the parties will promptly meet and confer regarding possible adjustments to matters covered by the Stipulation (¶5).

Respectfully submitted,

_____
David W. Mitchell
Brian O. O'Mara
Carmen A. Medici
ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
davidm@rgrdlaw.com
bomara@rgrdlaw.com
cmedici@rgrdlaw.com

_____
Daniel L. Brockett
Sascha N. Rand
Steig D. Olson
Thomas J. Lepri
QUINN EMANUEL URQUHART
   & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: 212/849-7000
212/849-7100 (fax)
danbrockett@Quinnemanuel.com

1177327_1

**Robbins Geller Rudman & Dowd LLP**

**quinn emanuel trial lawyers | new york**

The Honorable Edgardo Ramos
August 19, 2016
Page 3

sascharand@Quinnemanuel.com
seigolson@Quinnemanuel.com
thomaslepri@Quinnemanuel.com

Jeremy D. Andersen
(pro hac vice application forthcoming)
Adam B. Wolfson
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: 213/443-3000
213/443-3100 (fax)
jeremyandersen@quinnemanuel.com
adamwolfson@quinnemanuel.com

Attorneys for Plaintiffs Sheet Metal Workers Pension Plan of Northern California and Iron Workers Pension Plan of Western Pennsylvania and the Proposed Class

_____   _____
Gregory S. Asciolla          Michael D. Hausfeld
Jay L. Himes                 William P. Butterfield
Garrett J. Bradley           Timothy S. Kearns
Karin E. Garvey              Sarah R. LaFreiere
Matthew J. Perez             HAUSFELD LLP
LABATON SUCHAROW LLP         1700 K Street, Suite 650
140 Broadway                 Washington, DC 20006
New York, NY 10005           Telephone: 202/540-7200
Telephone: 212/907-0700      202/540-7201 (fax)
212/818-0477 (fax)           mhausfeld@hausfeld.com
gasciolla@labaton.com        wbutterfield@hausfeld.com
jhimes@labaton.com           tkearns@hausfeld.com
gbradley@labaton.com         slafreniere@hausfeld.com
kgarvey@labaton.com
mperez@labaton.com           Michael P. Lehmann
                             Bonny E. Sweeney
Michael D. Hausfeld          Christopher L. Lebsock
William P. Butterfield       HAUSFELD LLP
Timothy S. Kearns            600 Montgomery Street, Suite 3200

1177327_1

Robbins Geller
Rudman & Dowd LLP

quinn emanuel trial lawyers | new york

The Honorable Edgardo Ramos
August 19, 2016
Page 4

HAUSFELD LLP
1700 K Street, Suite 650
Washington, DC 20006
Telephone: 202/540-7200
202/540-7201
mhausfeld@hausfeld.com
wbutterfield@hausfeld.com
tkearns@hausfeld.com

Attorneys for Plaintiff Boston Retirement System

San Francisco, CA 94111
Telephone: 415/633-1908
415/358-4980
mlehmann@hausfeld.com
bsweeney@hausfeld.com
clebsock@hausfeld.com

Gerald H. Silk
Hannah Ross
Avi Josefson
BERNSTEIN LITOWITZ BERGER
    & GROSSMAN LLP
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212/554-1400
212/554-1444 (fax)
jerry@blbglaw.com
hannah@blbglaw.com
avi@blbglaw.com

Blair A. Nicholas
Benjamin Galdston
David Kaplan
Lucas Gilmore
Brandon Marsh
BERNSTEIN LITOWITZ BERGER
    & GROSSMAN LLP
12481 High Bluff Drive, Suite 33
San Diego, CA 92130
Telephone: 858/720-3183
858/793-0323 (fax)
blairn@blbglaw.com
benjaming@blbglaw.com
davidk@blbglaw.com
lucasg@blbglaw.com
brandonm@blbglaw.com

Attorneys for Plaintiffs City of Atlanta Firefighters Pension Fund, Louisiana Sheriffs'

1177327_1

**Robbins Geller Rudman & Dowd LLP**

**quinn emanuel trial lawyers | new york**

The Honorable Edgardo Ramos
August 19, 2016
Page 5

*Robert Rosman* (signature)

Robert M. Roseman
Eugene A. Spector
William G. Caldes
Rachel E. Kopp
SPECTOR ROSEMAN KODROFF
  & WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, Pa 19103
Telephone: 215/496-0300
215/496-6611
rroseman@Srkw-Law.Com
espector@Srkw-Law.Com
bcaldes@Srkw-Law.Com
jjagher@Srkw-Law.Com
rkopp@Srkw-Law.Com

Pension & Relief Fund, and Painters and Allied
Trades District Council No. 35 Pension Fund

Brian Murray
Lee Albert
GLANCY PRONGAY & MURRAY LLP
122 E. 42nd Street, Suite 2920
New York, NY 10168
Telephone: 212/682-5340
bmurray@glancylaw.com
lalbert@glancylaw.com

Vincent J. Esades
HEINS MILLS & OLSON, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403
Telephone: 612/338-4605
vesades@heinsmills.com

W. Joseph Bruckner
LOCKRIDGE GRINDAL NAUEN, P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: 612/339-6900
wjbruckner@locklaw.com

Steven N. Williams
COTCHETT, PITRE & McCARTHY, LLP
840 Malcom Road, Suite 200
Burlingame, CA 94010
Telephone: 650/697-6000
swilliams@cpmlegal.com

Steven A. Kanner
FREED KANNER LONDON &MILLEN LLC
2201 Waukegan Road , Suite 130
Bannockburn, IL 60015
Telephone: 224/632-4500
skanner@fklm law. com

Garrett D. Blanchfield
Roberta A. Yard
REINHARDT WENDORF & BLANCHFIELD
E-1250 First National Bank Bldg.
332 Minnesota Street
St. Paul, MN 55101

1177327_1

**Robbins Geller
Rudman & Dowd** LLP

**quinn emanuel** trial lawyers | new york

The Honorable Edgardo Ramos
August 19, 2016
Page 6

David P. McLafferty
LAW OFFICES OF DAVID P. MCLAFFERTY
   & ASSOCIATES, P.C.
923 Fayette Street
Conshohocken, PA 19428
Telephone: 610/940-4000
dmclafferty@mclaffertylaw.com

R. Alexander Saveri
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: 415/217-6810
rick@saveri.com

Telephone: 651/287-2100
g.blanchfield@rwblawfirm.com
r.yard@rwblawfirm.com

Jeffrey S. Goldenberg
GOLDENBERG SCHNEIDER, LPA
35 East Seventh Street, Suite 600
Cincinnati, OH 45202
Telephone: 513/345-8291
jgoldenberg@gs-lega.com

Steven J. Greenfogel
Katrina Carroll
LITE DEPALMA GREENBERG, LLC
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: 973/623-3000
sgreenfogel@litedepalma.com
kcarroll@litedepalma.com

Attorneys For Plaintiff Inter-Local Pension Fund Graphic Communications
Conference Of The International Brotherhood Of Teamsters

_____
Christopher M. Burke
SCOTT+SCOTT, ATTORNEYS
   AT LAW, LLP
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: 619/233-4565
619/233-0508
cburke@scott-scott.com

David R. Scott
Amanda F. Lawrence
SCOTT+SCOTT, ATTORNEYS
   AT LAW, LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415

_____
Merrill G. Davidoff
Michael C. Dell'Angelo
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: 215/875-3000
215/875-4604
mdavidoff@bm.net
mdellangelo@bm.net

Attorneys for Plaintiff Asbestos Workers
Philadelphia Welfare and Pension Fund

1177327_1

Case 1:16-cv-04603-ER   Document 29   Filed 08/19/16   Page 7 of 8

Robbins Geller
Rudman & Dowd LLP

quinn emanuel trial lawyers | new york

The Honorable Edgardo Ramos
August 19, 2016
Page 7

Telephone: 860/537-5537
860/537-4432 (fax)
david.scott@scott-scott.com
alawrence@scott-scott.com

Donald A. Broggi
Peter A. Barile III
J. Alex Vargas
The Helmsley Building
SCOTT+SCOTT, ATTORNEYS
  AT LAW, LLP
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212/223-6444
212/223-6334 (fax)
dbroggi@scott-scott.com
pbarile@scott-scott.com
avargas@scott-scott.com

Michael J. Guzman
KELLOGG HUBER HANSEN TODD
  EVANS & FIGEL, PLLC
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: 202/326-7900
202/326-7999
mguzman@khhte.com

Attorneys for City of Bristol Pension Fund and
Oklahoma Police Pension and Retirement
System

- and -

J. Gerard Stranch, IV
BRANSTETTER STRANCH
  & JENNINGS PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Telephone: 615/254-8801

1177327_1

Robbins Geller
Rudman & Dowd LLP

quinn emanuel trial lawyers | new york

The Honorable Edgardo Ramos
August 19, 2016
Page 8

615/250-3937 (fax)
gerards@BSJFirm.com

Thomas J. Undlin
ROBINS KAPLAN LLP
800 LaSalle Avenue Suite 2800
Minneapolis, MN 55402
Telephone: 612/349-8500
tundlin@RobinsKaplan.com

Attorneys for Oklahoma Police Pension and Retirement System

Enclosure

1177327_1