UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 10/24/16

SHEET METAL WORKERS PENSION PLAN
OF NORTHERN CALIFORNIA, et al.,

    Plaintiffs,

-against-

BANK OF AMERICA CORPORATION, et al.,

    Defendants.

**ORDER**

16 Civ. 4603 (ER)

Ramos, D.J.:

    On June 17, 2016, the Sheet Metal Workers Pension Plan of Northern California and Iron Workers Pension Plan of Western Pennsylvania, on behalf of themselves and all others similarly situated (the "Sheet Metal Workers Plaintiffs"), filed this action alleging a conspiracy by certain defendants to manipulate the prices of sub-sovereign, supranational, and agency ("SSA") bonds (the "Sheet Metal Workers Action"). On August 22, 2016, the Court so-ordered a stipulation consolidating the Sheet Metal Workers Action with eight other related actions under the caption, "In re SSA Bonds Antitrust Litigation," and case number, 16 Civ. 3711 (the "Lead Action"). On October 21, 2016, the Sheet Metal Workers Plaintiffs filed an application in the Sheet Metal Workers Action to appoint Quinn Emanuel Urquhart & Sullivan, LLP and Robbins Geller Rudman & Dowd LLP as interim co-lead class counsel.

The application is DENIED without prejudice, and the Sheet Metal Workers Plaintiffs are granted leave to re-file their application in the Lead Action. The Clerk of the Court is respectfully directed to terminate the motion, Doc. 41.

It is SO ORDERED.

Dated:   October 24, 2016
         New York, New York

                                                          _____
                                                          Edgardo Ramos, U.S.D.J.